UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Kareem Taylor**                                    **Docket No. 5:06-CR-57-2F**

**Petition for Action on Supervised Release**

COMES NOW Mark L. Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Kareem Taylor, who, upon an earlier plea of guilty to Conspiracy To Distribute Narcotics, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on September 5, 2006, to the custody of the Bureau of Prisons for a term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On April 29, 2013, the term of imprisonment was reduced to 117 months based on a Rule 35 motion. Kareem Taylor was released from custody on September 9, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 16, 2015, the defendant was charged in Cumberland County, NC, with the offenses of Resisting Public Officer (15CR55869) and Unsafe Lane Change (15IF319). According to Trooper Townsend of the North Carolina Highway Patrol, the defendant was noticed driving dangerously as Trooper Townsend was enroute the Cumberland County Detention Center with another individual. Trooper Townsend initiated a traffic stop on the defendant and removed him from his vehicle as he detected the odor of alcohol. Trooper Townsend noted that the defendant was very irate during the entire interaction. When the defendant was directed to place his hands behind his back to be placed in investigative detention, the defendant fled on foot and did not return. Due to Trooper Townsend having another individual in custody, the defendant could not be pursued on foot. The defendant reported to the Cumberland County Magistrate's Office the following day to turn himself in. Trooper Townsend also noted that he would be charging the defendant with Driving While Impaired within the week. Due to the lack of evidence to show the defendant being intoxicated, we are recommending that the defendant serve twelve days in jail. This sanction will address the new charges and the seriousness of the defendant's conduct that occurred on May 16, 2015.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 12 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Mark L. Culp
Mark L. Culp
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-818-0685
Executed On: May 26, 2015

## ORDER OF THE COURT

Considered and ordered this _____ 26 _____ day of _____ May _____, 2015 and ordered filed and made a part of the records in the above case.

_James C. Fox_

James C. Fox
Senior U.S. District Judge