# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Kareem Taylor                                Docket No. 5:06-CR-57-2F

### Petition for Action on Supervised Release

COMES NOW Mark L. Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Kareem Taylor, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess with the Intent to Distribute 5 Kilograms or More of Cocaine, 50 Grams or More of Cocaine Base (Crack), and a Quantity of Methylenedioxymethamphetamine (Ecstasy), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on September 5, 2006, to the custody of the Bureau of Prisons for a term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On April 29, 2013, the term of imprisonment was reduced to 117 months based on a Rule 35 motion. Kareem Taylor was released from custody on September 9, 2014, at which time the term of supervised release commenced.

On May 26, 2015, the court ordered that the defendant complete 12 days in the custody of the Bureau of Prisons as arranged by the Probation office for committing the offenses of Resisting Public Officer, Unsafe Lane Change, and Driving While Impaired in Cumberland County, NC. These charges are still pending and the defendant has completed the 12 days of confinement.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 4, 2015, while the defendant was visiting his family in Lebanon, Kentucky, he was charged with Reckless Driving, Possession of an Open Alcoholic Beverage in a Motor Vehicle, Improper Signal, and Driving While Impaired. According to the citation, the defendant was pulled over for traffic violations when the Lebanon Police Officer observed the defendant to be impaired and administered a field sobriety test. The officer also observed an open alcoholic beverage in proximity of the defendant in the vehicle. It is believed that 60 days home detention with electronic monitoring will serve as an appropriate sanction for these violations. This offender will also be placed in substance abuse treatment to assist with his alcohol dependency as this incident is his second occurrence of Driving While Impaired while on supervision

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Kareem Taylor
Docket No. 5:06-CR-57-2F
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Mark L. Culp |
| Robert K. Britt | Mark L. Culp |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2543 |
| | Executed On: July 28, 2015 |

### ORDER OF THE COURT

Considered and ordered this 28 day of July, 2015 and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge